IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANMAR MAHDI,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL NO. 10-cv-123-MJR** |
| | ) |
| **JOGENDRA CHHABRA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**REAGAN, District Judge:**

Through counsel, Plaintiff Anmar Mahdi, an inmate in the Big Muddy Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983, with related state law claims of medical negligence. In this action, Mahdi seeks damages against Defendant Jogendra Chhabra, Mikhail Magdel, and Wexford Health Sources, Inc., related to medical treatment for an infection. Defendants have already been served with process and entered an appearance in this matter, but two motions need resolution before further proceedings are ordered.

On June 2, 2010, Mahdi filed a motion for entry of default judgment against Wexford (Doc. 12). On that same day, Wexford filed a motion for leave to file its answer (Doc. 13), and also filed its answer (Doc. 14). Thus, each of these motions is now **MOOT**.

**IT IS HEREBY ORDERED** that Defendants shall timely file an appropriate responsive pleading to the complaint, and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Pursuant to Local Rule 72.1(a)(2), this cause is **REFERRED** to a United States Magistrate Judge for further pre-trial proceedings.

Further, this entire matter is hereby **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED this 31st day of August, 2010.**

                                              **s/ Michael J. Reagan**
                                              **MICHAEL J. REAGAN**
                                              **United States District Judge**